IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50931
Summary Calendar
_____

CURTIS R. FRANCIS,

Plaintiff-Appellant,

versus

STATE OF TEXAS; ANN W. RICHARDS, Governor; DAN MORALES,
Attorney General; SELDON HALE, III; WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-486
- - - - - - - - - -

May 27, 1996

Before HIGGINBOTHAM, DUHÉ and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

Curtis R. Francis appeals the denial of his motion for appointment of counsel in this 42 U.S.C. § 1983 civil rights action. The district court did not abuse its discretion in denying counsel. See Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986).

AFFIRMED.

_____

[1] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.